UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:11-CV-18-H

MAXWELL'S PIC-PAC, INC., et. al.                                                    PLAINTIFFS

v.

TONY DEHNER, et. al.                                                                DEFENDANTS

**ORDER**

The Court has met with the parties and has resolved the issues necessary to enter a final order. Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendants' motion for summary judgment is DENIED.

IT IS FURTHER ORDERED that Plaintiffs' motion for summary judgment is SUSTAINED consistent with this order.

IT IS FURTHER ORDERED that Ky. Rev. Stat. § 243.230(5) and its accompanying regulation, 804 Ky. Admin. Regs. 4:270 (1982) (collectively, "the Statute") violate the Equal Protection Clause of the United States Constitution to the extent the Statute prohibits certain grocery stores, gas stations and others, as the Statute defines them, from obtaining a license to sell package liquor and wine; and Defendants are enjoined from enforcing the Statute.

IT IS FURTHER ORDERED that enforcement of this above order is STAYED for fifteen (15) days or until such time as the Court rules upon any subsequent motion to stay enforcement of this order.

IT IS FURTHER ORDERED that Plaintiffs shall respond to a motion for stay within fifteen (15) days and Defendants may reply within seven (7) days.

This is a final order.

cc:     Counsel of Record